# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GREG MOORE,**

        **Plaintiff,**

**-vs-**          **Case No. 6:09-cv-1576-Orl-28GJK**

**B. RAI GUPTA, M.D., P.A., B. RAI GUPTA,**

        **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 26) filed October 11, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed October 13, 2010 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Joint Motion for Approval of Settlement (Doc. No. 26) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of their bona fide Fair Labor Standard Act dispute.

    3. This case is dismissed with prejudice.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___10th___ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge